THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARNELL TILLMAN, Appellant. (Appeal No. 1.) [786 NYS2d 783]— Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered April 24, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: In appeal No. 1, defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fourth degree (Penal Law § 220.09 [1]) and, in appeal No. 2, he appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (§ 220.39 [1]). Contrary to the contention of defendant with respect to both appeals, his guilty pleas were knowingly, voluntarily, and intelligently

entered (*see People v Gathers*, 9 AD3d 912 [2004], *lv denied* 3 NY3d 674 [2004]; *People v Lewis*, 296 AD2d 864 [2002], *lv denied* 98 NY2d 731 [2002]), and we perceive no basis in the record for disturbing them. Further, County Court did not abuse its discretion in denying the motion of defendant to withdraw his guilty pleas (*see* CPL 220.60 [3]; *see generally People v Selikoff*, 35 NY2d 227, 239-241 [1974], *cert denied* 419 US 1122 [1975]). We have examined defendant's remaining contentions and conclude that they are without merit. Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.